Russell Scott SHICK, Appellant

v.

Michael R. CLARK, Superintendent, Individually and Collaterally, Melinda L. Adams, Deputy Superintendent, Individually and Collaterally, Carl Franz, Deputy Superintendent, Individually and Collaterally, Michelle Tharp, Grievance Coordinator, Individually and Collaterally, Roni Martucci, Former Grievance Coordinator, Individually and Collaterally, Diana Woodside, Director of Policy and Legislation, Individually and Collaterally, Christine Zirkle, Former CHCA, Individually and Collaterally, Michael Edwards, CHCA, Individually and Collaterally, Valerie Kusiak, Former CHCA, Individually and Collaterally, Lisa Linder, R.N.S., Individually and Collaterally, Appellees

No. 39 WAP 2017

Supreme Court of Pennsylvania.

November 21, 2017

### ORDER

PER CURIAM

AND NOW, this 21st day of November, 2017, the Notice of Appeal is quashed.

IN RE: Dawn A. SEGAL, Municipal Court Judge First Judicial District Philadelphia County

Appeal of: Dawn A. Segal

No. 1 EAP 2017

Supreme Court of Pennsylvania.

Argued: May 9, 2017

Decided: November 22, 2017